NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.A.S.,                                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )         Case No.  2D17-2918
                                           )
H.B.D.,                                    )
                                           )
            Appellee.                      )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Pasco
County; Kemba Johnson Lewis, Judge.

Eduardo J. Mejias of AAA Family Law, LLC,
Altamonte Springs, for Appellant.

No appearance for Appellee.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.